UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
Derrek B. Reese                       §    Case No. 12-45447
Susan M. Reese                        §
                                      §
                                      §
              Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                         $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/STEVEN R. RADTKE_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-45447 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Derrek B. Reese | | | | Date Filed (f) or Converted (c): | 11/16/2012 (f) |
| | Susan M. Reese | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 06/17/2013 | | | | Claims Bar Date: | 05/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 17216 South Park Ave., South Holland, Il | 50,333.00 | 0.00 | OA | 0.00 | FA |
| 2. 346 Waverly Street, Park Forest, Il | 39,466.00 | 0.00 | OA | 0.00 | FA |
| 3. 423 E. 158Th Street, South Holland, Il, 12 Unit Mixed Use Bu | 110,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 820 Elder Road C111, Homewood, Il | 20,800.00 | 5,800.00 | OA | 0.00 | FA |
| 5. 14831 Riverside, South Holland, Il | 16,500.00 | 0.00 | OA | 0.00 | FA |
| 6. 15031 Perry, South Holland, Il | 16,500.00 | 0.00 | OA | 0.00 | FA |
| 7. 14800 W. Riverside, South Holland, Il Foreclosure | 18,500.00 | 0.00 | OA | 0.00 | FA |
| 8. Timeshare Located In Orland Florida | 100.00 | 0.00 | OA | 0.00 | FA |
| 9. Tcf Bank, Checking | 146.00 | 0.00 | OA | 0.00 | FA |
| 10. Tcf, Checking Susan Reese Custodian For Daniel Reese, Not De | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. Bank Of America, Checking | 1,514.46 | 0.00 | OA | 0.00 | FA |
| 12. Citizens Financial Bank, Checking | 671.00 | 0.00 | OA | 0.00 | FA |
| 13. Great Lakes Credit Union, Savings | 1,023.00 | 0.00 | OA | 0.00 | FA |
| 14. Miscellaneous Household Goods And Furniture Location: 820 El | 500.00 | 0.00 | OA | 0.00 | FA |
| 15. Clothing Location: 820 Elder Road, Homewood Il 60430 | 200.00 | 0.00 | OA | 0.00 | FA |
| 16. Rings | 200.00 | 0.00 | OA | 0.00 | FA |
| 17. Term Life Insurance With Employer | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. Teacher's Retirement System | 0.00 | 0.00 | OA | 0.00 | FA |
| 19. Reese Properties, Inc. | 0.00 | 0.00 | OA | 0.00 | FA |
| 20. Created Treasures, Inc. | 0.00 | 0.00 | OA | 0.00 | FA |
| 21. 2005 Chevy Venture | 1,375.00 | 0.00 | OA | 0.00 | FA |
| 22. 2001 Dodge Dakota Location: 820 Elder Road, Homewood Il 6043 | 1,725.00 | 1,725.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-45447 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Derrek B. Reese | | | | Date Filed (f) or Converted (c): | 11/16/2012 (f) |
| | Susan M. Reese | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 06/17/2013 | | | | Claims Bar Date: | 05/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Repayment of Preferential Transfer (u) | 16,000.00 | 16,000.00 | | 16,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $295,553.46    $23,525.00    $16,000.00    $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Ltr sent to co-debtor's mother 1/29/13 re preferential transfer of $16,000.00; received check for same


Initial Projected Date of Final Report (TFR): 01/30/2015        Current Projected Date of Final Report (TFR): 01/30/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-45447  
Case Name: Derrek B. Reese  
Susan M. Reese  

Taxpayer ID No: XX-XXX4090  
For Period Ending: 06/17/2013  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0252  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/13 | 23 | Martha Taylor<br>4634 Wilson Avenue<br>New Orleans, LA 70126 | Repayment of Preferential Transfer | 1290-000 | $16,000.00 | | $16,000.00 |
| 03/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.51 | $15,988.49 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.77 | $15,964.72 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.97 | $15,941.75 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.70 | $15,918.05 |

|   |   |   |
|---|---:|---:|
| COLUMN TOTALS | $16,000.00 | $81.95 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $16,000.00 | $81.95 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,000.00 | $81.95 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*                              Page Subtotals:          $16,000.00          $81.95

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0252 - Checking | $16,000.00 | $81.95 | $15,918.05 |
|  | $16,000.00 | $81.95 | $15,918.05 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $16,000.00 |
| Total Gross Receipts: | $16,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-45447  
Debtor Name: Derrek B. Reese  
Claims Bar Date: 5/13/2013  

Date: June 17, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $2,350.00 | $2,350.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $1.82 | $1.82 |
| 1 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $1,322.54 | $1,322.54 |
| 2 300 7100 | Ecast Settlement Corporation,<br>Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $0.00 | $16,244.02 | $16,244.02 |
| | Case Totals | | | $0.00 | $19,918.38 | $19,918.38 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-45447
Case Name: Derrek B. Reese
 Susan M. Reese
Trustee Name: STEVEN R. RADTKE

Balance on hand                                                                     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                                                   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 2 | Ecast Settlement Corporation, Assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE