# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Derrek B. Reese § Case No. 12-45447
Susan M. Reese §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  219 S. Dearborn Street
                  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

            9:30 a.m. on August 14, 2013
            in Courtroom 742, U.S. Courthouse
            219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____Kenneth S. Gardner_____
                                                                               Clerk of the Bankruptcy Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Derrek B. Reese § Case No. 12-45447
Susan M. Reese §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 16,000.00 |
| and approved disbursements of | $ | 81.95 |
| leaving a balance on hand of[1] | $ | 15,918.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,350.00 | $ 0.00 | $ 2,350.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 1.82 | $ 0.00 | $ 1.82 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,351.82 |
| Remaining Balance | | $ | 13,566.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,566.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 77.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One Bank (Usa) | $ 1,322.54 | $ 0.00 | $ 1,021.37 |
| 2 | Ecast Settlement Corporation, Assignee | $ 16,244.02 | $ 0.00 | $ 12,544.86 |

Total to be paid to timely general unsecured creditors    $    13,566.23

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Steven R. Radtke

      Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-45447-CAD
Derrek B. Reese                                                 Chapter 7
Susan M. Reese
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton            Page 1 of 2            Date Rcvd: Jul 12, 2013
                              Form ID: pdf006            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2013.
db/jdb       +Derrek B. Reese,    Susan M. Reese,    820 Elder Road,    Homewood, IL 60430-2501
19701995      Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
19701996      Bank of America, N.A.,    P.O. Box 650070,   Dallas, TX 75265-0070
19701997      Bank of America, N.A.,    P.O. Box 660807,   Dallas, TX 75266-0807
19701998     +Capital One,   PO Box 70886,    Charlotte, NC 28272-0886
20118823    +++Capital One Bank (USA), N.A.,    By American InfoSource LP as Agent,    PO Box 71083,
              Charlotte, NC  28272-1083
19701999      Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
19702000     +Chase,   PO Box 44090,   Jacksonville, FL 32231-4090
19702001     +Citimortgage, Inc.,    PO Box 183040,   Columbus, OH 43218-3040
19765705     +JPMorgan Chase Bank National Association,    C/O,   Pierce & Associates,   1 N. Dearborn Ste 1300,
              Chicago, IL 60602-4373
19702003     +MB Financial,   6111 North River Road,    Des Plaines, IL 60018-5111
19702004     +PNC Mortgage,   3232 Newmark Drive,    Miamisburg, OH 45342-5433
19702005     +Westgate Lakes Owners Association,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
20429333      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19702002     +E-mail/Text: collectionsbk@glcu.org Jul 13 2013 00:44:04     Great Lakes Credit Union,
              2525 Green Bay Road,   North Chicago, IL 60064-3082
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2013**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: ahamilton            Page 2 of 2                  Date Rcvd: Jul 12, 2013
                              Form ID: pdf006            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2013 at the address(es) listed below:

        Andrew J Nelson   on behalf of Creditor   JPMorgan Chase Bank National Association anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Christopher M Brown   on behalf of Creditor   JPMorgan Chase Bank National Association northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
        Heather M Giannino   on behalf of Creditor   PNC Bank, National Association heathergiannino@hsbattys.com, jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
        Jessica S Naples   on behalf of Creditor   BANK OF AMERICA, N.A. ND-Two@il.cslegal.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Steven R Radtke   sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
        Stuart B Handelman   on behalf of Debtor Derrek B. Reese court@sbhpc.net, ksmith@sbhpc.net, jhuang@sbhpc.net
        Stuart B Handelman   on behalf of Joint Debtor Susan M. Reese court@sbhpc.net, ksmith@sbhpc.net, jhuang@sbhpc.net
        Toni Dillon   on behalf of Creditor   CitiMortgage, Inc. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 9