UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Derrek B. Reese                     §       Case No. 12-45447
Susan M. Reese                      §
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/STEVEN R. RADTKE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America, N.A. P.O. Box 650070 Dallas, TX 75265-0070 |  |  |  |  |  |
|  | Bank of America, N.A. P.O. Box 660807 Dallas, TX 75266-0807 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, N.A. P.O. Box 660807 Dallas, TX 75266-0807 | | | | | |
| | Chase PO Box 44090 Jacksonville, FL 32231 | | | | | |
| | Citimortgage, Inc. PO Box 183040 Columbus, OH 43218 | | | | | |
| | Citimortgage, Inc. PO Box 183040 Columbus, OH 43218 | | | | | |
| | Great Lakes Credit Union 2525 Green Bay Road North Chicago, IL 60064 | | | | | |
| | MB Financial 6111 North River Road Des Plaines, IL 60018 | | | | | |
| | PNC Mortgage 3232 Newmark Drive Miamisburg, OH 45342 | | | | | |
| | Westgate Lakes Owners Association 2801 Old Winter Garden Road Ocoee, FL 34761 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 |  |  |  |  |  |
|  | Capital One PO Box 70886 Charlotte, NC 28272 |  |  |  |  |  |
|  | Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
| 2 | Ecast Settlement Corporation, Assignee |  |  |  |  |  |
| 1 | N. A. Capital One Bank (Usa) |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-45447 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Derrek B. Reese | | | | Date Filed (f) or Converted (c): | 11/16/2012 (f) |
| | Susan M. Reese | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 09/09/2013 | | | | Claims Bar Date: | 05/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 17216 South Park Ave., South Holland, Il | 50,333.00 | 0.00 | OA | 0.00 | FA |
| 2. 346 Waverly Street, Park Forest, Il | 39,466.00 | 0.00 | OA | 0.00 | FA |
| 3. 423 E. 158Th Street, South Holland, Il, 12 Unit Mixed Use Bu | 110,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 820 Elder Road C111, Homewood, Il | 20,800.00 | 5,800.00 | OA | 0.00 | FA |
| 5. 14831 Riverside, South Holland, Il | 16,500.00 | 0.00 | OA | 0.00 | FA |
| 6. 15031 Perry, South Holland, Il | 16,500.00 | 0.00 | OA | 0.00 | FA |
| 7. 14800 W. Riverside, South Holland, Il Foreclosure | 18,500.00 | 0.00 | OA | 0.00 | FA |
| 8. Timeshare Located In Orland Florida | 100.00 | 0.00 | OA | 0.00 | FA |
| 9. Tcf Bank, Checking | 146.00 | 0.00 | OA | 0.00 | FA |
| 10. Tcf, Checking Susan Reese Custodian For Daniel Reese, Not De | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. Bank Of America, Checking | 1,514.46 | 0.00 | OA | 0.00 | FA |
| 12. Citizens Financial Bank, Checking | 671.00 | 0.00 | OA | 0.00 | FA |
| 13. Great Lakes Credit Union, Savings | 1,023.00 | 0.00 | OA | 0.00 | FA |
| 14. Miscellaneous Household Goods And Furniture Location: 820 El | 500.00 | 0.00 | OA | 0.00 | FA |
| 15. Clothing Location: 820 Elder Road, Homewood Il 60430 | 200.00 | 0.00 | OA | 0.00 | FA |
| 16. Rings | 200.00 | 0.00 | OA | 0.00 | FA |
| 17. Term Life Insurance With Employer | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. Teacher's Retirement System | 0.00 | 0.00 | OA | 0.00 | FA |
| 19. Reese Properties, Inc. | 0.00 | 0.00 | OA | 0.00 | FA |
| 20. Created Treasures, Inc. | 0.00 | 0.00 | OA | 0.00 | FA |
| 21. 2005 Chevy Venture | 1,375.00 | 0.00 | OA | 0.00 | FA |
| 22. 2001 Dodge Dakota Location: 820 Elder Road, Homewood Il 6043 | 1,725.00 | 1,725.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-45447 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Derrek B. Reese | | | | Date Filed (f) or Converted (c): | 11/16/2012 (f) |
| | Susan M. Reese | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 09/09/2013 | | | | Claims Bar Date: | 05/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Repayment of Preferential Transfer (u) | 16,000.00 | 16,000.00 | | 16,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $295,553.46 | $23,525.00 | $16,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee examined Debtors and determined that Debtors made a preferential payment to a relative in the amount of $16,000.  The Trustee made demand for return of the payment and the preferred creditor turned over the sum of $16,000.  Trustee's Final Report was filed with the U.S. Trustee on June 17, 2013.

Initial Projected Date of Final Report (TFR): 01/30/2015    Current Projected Date of Final Report (TFR): 01/30/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-45447 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Derrek B. Reese | Bank Name: Associated Bank |
| Susan M. Reese | Account Number/CD#: XXXXXX0252 |
| | Checking |
| Taxpayer ID No: XX-XXX4090 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/09/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/13 | 23 | Martha Taylor<br>4634 Wilson Avenue<br>New Orleans, LA 70126 | Repayment of Preferential Transfer | 1290-000 | $16,000.00 | | $16,000.00 |
| 03/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.51 | $15,988.49 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.77 | $15,964.72 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.97 | $15,941.75 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.70 | $15,918.05 |
| 08/19/13 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,350.00 | $13,568.05 |
| 08/19/13 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $1.82 | $13,566.23 |
| 08/19/13 | 1003 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 77.23 % per court order. | 7100-000 | | $1,021.37 | $12,544.86 |
| 08/19/13 | 1004 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 2 representing a payment of 77.23 % per court order. | 7100-000 | | $12,544.86 | $0.00 |

Page Subtotals:           $16,000.00     $16,000.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Exhibit 9

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $16,000.00 | $16,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $16,000.00 | $16,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,000.00 | $16,000.00 |

| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0252 - Checking | $16,000.00 | $16,000.00 | $0.00 |
| | $16,000.00 | $16,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $16,000.00 |
| Total Gross Receipts: | $16,000.00 |

Page Subtotals:   $0.00   $0.00